# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SKYPLAN SERVICES LIMITED,**

        **Plaintiff,**

-vs-                                          **Case No. 6:09-cv-1465-Orl-28GJK**

**DIAOUNE AND BROTHERS, INC.,**

        **Defendant.**

_____

## ORDER

This case is before the Court on the quantifcation of attorney's fees to be awarded in drafting and filing the March 16, 2012 motion to compel. The United States Magistrate Judge has submitted a report recommending that Plaintiff be awarded $150.00 in attorney's fees.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 10, 2012 (Doc. No. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff is awarded one hundred and fifty dollars ($150.00) for drafting and filing the March 16, 2012, motion for contempt.

3. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant in the amount of $150.00.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___1st___ day of ___June___, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge